**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ■ | 5th | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Gregory Brown    JOINT DEBTOR: _____    CASE NO.: 18-11329-RBR

SS#: xxx-xx- 7513    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $388.27 for months 1 to 36;
2. $269.42 for months 37 to 59;
3. $311.50 for months 60 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $4025.00 | Total Paid: | $500.00 | Balance Due: | $3525.00 |
|---|---|---|---|---|---|
| Payable | $98.00 | /month (Months 1 to 35) | | | |
| Payable | $95.00 | /month (Months 36 to 36) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500.00 Attorneys' fees, $525.00 Motion to Value Vehicle

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ■ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ■ NONE

**2. VEHICLES(S):** ☐ NONE

| 1. Creditor: Chrysler Capital<br>Address:<br><br>Last 4 Digits of Account No.: 7301<br>VIN: 1J4RS4GG5BC704105<br>Description of Collateral:<br>2011 Jeep Grand Cherokee<br><br>Check one below:<br>☒ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $11,917.50<br>Amount of Creditor's Lien: $19,616.80<br><br>Interest Rate: 6.50% | **Payment**<br>Total paid in plan: $13,990.80<br><br>$233.18 /month (Months 1 to 60) |

**3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Festiva Orlando Resort Owners Assoc Inc.<br>POB 9740<br>Coral SPrings, FL 33065-9740 | 7674 | Timeshare |
| 2. | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Ste. 300<br>Highlands Ranch, CO 80129 | 2380 | 7490 NW 42nd Street<br>Lauderhill, FL 33319 |

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

**B. INTERNAL REVENUE SERVICE:** ☒ NONE

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE  ☒ CURRENT AND PAID OUTSIDE

Debtor(s): Gregory Brown    Case number: 18-11329-RBR

1. Name of Creditor: Los Angeles County, Department of Child Support

    Payment Address: California State Disbursement Unit, POB 989067, West Sacramento, Ca 95798-9067

    Total Due:    $1,069.44

    Payable    $21.79    /month (Months  1  to  35  )

    Payable    $24.79    /month (Months  36  to  36  )

    Payable    $11.75    /month (Months  37  to  60  )

    Regular Payment (if applicable)    $449.00    /month (Months  0  to  0  )

    **D. OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay  $50.00  /month (Months  60  to  60  )

      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. SEPARATELY CLASSIFIED:    ■ NONE

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

   ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

   ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   1. State of California, Los Angeles County Department of Child Support, California State Disbursement Unit, POB 989067, West Sacramento, CA 95798-9067, filed Claim 6 with stated arrears of $74898.12.  However, in accordance with (1) the Agreed Order Granting In Part, And Denying In Part, Motion To Confirm Plan, And To Compel Cessation Of Further Wage Garnishments, (2) 11 U.S.C. s. 507(a)(1)(B) and (3) 11 U.S.C. s. 1322(a)(4), the debtor is paying all of his projected disposable income for a 5-year period beginning on the date that the first payment is due under the plan as set forth above for a total arrears payment of $1,069.44.  There is a current monthly payment amount of $449 which is being paid outside of the plan pursuant to a wage withholding order.  Accordingly, no regular payment towards this creditor's claim is being paid in the plan.

   2. The Debtor is authorized to seek to modify this Plan if and when the State Court in California enters any further Orders relative to the Debtor's monthly support obligation.

   ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Gregory Brown | | | |

Stephen C. Breuer, Esq. FBN 99709    October 16, 2018
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**